IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| DECADE, S.A.C., LLC, *et al.*,[1] | Case No. 18-11668 (CSS) |
| Debtors. | (Jointly Administered) |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 trustee for the estates of DECADE, S.A.C., LLC, *et al.*, | Adv Proc. No. 19-50095 (CSS) |
| Plaintiff/Counterclaim-Defendant, v. | |
| AARON GOODWIN AND ERIC GOODWIN, | |
| Defendants/Counterclaim-Plaintiffs. | |

## SCHEDULING ORDER

1.    On December 27, 2021, the Court entered its *Findings of Fact and Conclusions of Law* (the "Opinion")[2] [Adv. D.I. 270] and post-trial order (the "Order") [Adv. D.I. 271] in the above-referenced adversary proceeding (the "Adversary Proceeding").

2.    Pursuant to the Opinion and Order, the Court found in favor of the Goodwins on their counterclaims for fraud in the execution, fraudulent misrepresentation, and fraudulent inducement, and found against the Trustee on his claim for declaratory judgment.

---

[1] The Debtors and the last four digits of each Debtors' respective federal Employer Identification Number are: Decade, S.A.C., LLC (8395); Gotham S&E Holdings, LLC (5927); Decade S.A.C. Contracts, LLC (7243); Decade S.A.C. II, LLC (5679); and Decade S.A.C. Executives, LLC (9865).

[2] Capitalized terms used herein but otherwise not defined shall retain the meaning ascribed to them in the Opinion.

{00032536. }

3. The Court ordered a trial at its earliest convenience to determine (i) the amount of compensatory and punitive damages to be awarded to the Goodwins (the "Damages"); and (ii) whether to subordinate the claims of 23 Capital (and its successor and assigns) to the claims of the Goodwins ("Equitable Subordination").

4. On January 18, 2022, the Court convened a status conference, wherein it ordered the parties to submit a proposed scheduling order as soon as practicable.

WHEREFORE, to promote the efficient and expeditious disposition of the above-referenced Adversary Proceeding, and pursuant to the Court's Order, the following schedule shall apply to the Adversary Proceeding.

**IT IS HEREBY ORDERED** that:

1. The parties may, but are not required to, offer expert testimony as to Damages.

2. Any expert retained or specially employed to provide expert testimony shall submit an expert report or rebuttal expert report that satisfies the requirements of Federal Rule of Civil Procedure 26(a)(2)(B), made applicable herein pursuant to Federal Rule of Bankruptcy Procedure 7026.

3. Any expert report to be used at trial (except for any report intended solely to contradict or rebut evidence on the same subject matter identified by another party under Federal Rule of Civil Procedure 26(a)(2)(B)) must be served on the opposing party no later than **February 28, 2022**.

4. Any report intended solely to contradict or rebut evidence on the same subject matter identified by another party under Federal Rule of Civil Procedure 26(a)(2)(B) shall be served on the opposing party no later than **March 14, 2022**.

5. All expert witness depositions shall be concluded by **March 18, 2022**.

6. The parties shall comply with the General Order Governing Pre-Trial Procedures in Adversary Proceedings Set for Trial Before Judge Christopher S. Sontchi. The parties shall file, no later than **March 30, 2022**, their Joint Pre-Trial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Sontchi's chambers.

7. The trial on Damages and Equitable Subordination shall be set for **April 4-7, 2022**.

8. The Trustee shall immediately notify Chambers upon the settlement, dismissal, or other resolution of the Adversary Proceeding and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible.

9. Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.

Dated: January 19th, 2022
Wilmington, Delaware

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

{00032536. }    3