# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DECADE S.A.C., LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11668 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Dkt. No. 295** |
| DAVID W. CARICKHOFF, solely in his capacity as chapter 7 Trustee for the estates of DECADE S.A.C., LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>AARON GOODWIN, REGINA GOODWIN, AND ERIC GOODWIN,<br><br>Defendants. | Adv. Proc. No. 19-50095 (CSS)<br><br>**Re: Adv. Dkt. No. 296** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that David W. Carickhoff, solely in his capacity as chapter 7 Trustee (the "Trustee") of the Debtors, hereby appeals to the United State District Court for the District of Delaware under 28 U.S.C. § 158(a)(1) and Fed. R. Bankr. P. 8003(a) from the *Memorandum Order*, dated February 17, 2022 [Dkt. No. 295; Adv. Dkt. No. 296] (the "Order"). A copy of the Order is attached as **Exhibit A** hereto.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The Debtors and the last four digits of each Debtor's respective federal Employer Identification Number are: Decade, S.A.C., LLC (8395); Gotham S&E Holdings, LLC (5927); Decade S.A.C. Contracts, LLC (7243); Decade S.A.C. II, LLC (5679); and Decade S.A.C. Executives, LLC (9865).

1

| Party | Attorneys |
|---|---|
| **Appellant**<br><br>David W. Carickhoff, Chapter 7 Trustee | **ARCHER & GREINER, P.C.**<br>Alan M. Root (DE Bar No. 5427)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 777-4350<br>Fax: (302) 777-4352<br>Email: aroot@archerlaw.com |

| Party | Attorneys |
|---|---|
| **Appellees**<br><br>Aaron Goodwin and Eric Goodwin | **THE ROSNER LAW GROUP LLC**<br>Frederick B. Rosner (DE Bar No. 3995)<br>Jason A. Gibson (DE Bar No. 6091)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>Email(s): rosner@teamrosner.com<br>            gibson@teamrosner.com<br><br>-and-<br><br>**PERKINS COIE LLP**<br>Keith Miller (admitted *pro hac vice*)<br>Adam Mandelsberg (admitted *pro hac vice*)<br>Gary Eisenberg (admitted *pro hac vice*)<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112<br>Email(s):  KeithMiller@perkinscoie.com<br>              GEisenberg@perkinscoie.com<br>              AMandelsberg@perkinscoie.com |

| | |
|---|---|
| March 3, 2022 | **ARCHER & GREINER, P.C.**<br><br>*/s/ Alan M. Root*<br>Alan M. Root (DE Bar No. 5427)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, DE 19801<br>Tel: (302) 777-4350<br>Fax: (302) 777-4352<br>Email: aroot@archerlaw.com<br><br>*General Bankruptcy Counsel to David W. Carickhoff, Chapter 7 Trustee* |