#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| DECADE. S.A.C., LLC, et. al., | ) | |
| | ) | Case No. 18-11668 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |
| DAVID W. CARICKHOFF., solely in his | ) | |
| capacity as chapter 7 trustee for the estates of | ) | |
| DECADE, S.A.C., et al., | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | |
| v. | ) | Adv. Proc. No.: 19-50095 (CSS) |
| | ) | |
| AARON GOODWIN AND ERIC GOODWIN, | ) | |
| | ) | **Related Adv. D.I. 304** |
| | ) | |
| Defendants/Counterclaim-Plaintiffs. | ) | |
| _____ | ) | |

## ORDER

Before the Court is the Trustee's and XXIII Capital Limited's Joint Motion for an Immediate Stay of All Proceedings Pending Appeal of Disqualification Order (Adv. D.I. 304) (the "Motion") and the Declaration of Ricardo Palacio in Support of the Motion (Adv. D.I. 305), both filed on March 7, 2022; the Court having granted the Order Under 11 U.S.C. §§ 102(1) and 105(a), Fed. R. Bankr. P. 9006 and Bankr. D. Del. L.R. 9006-1(e) Shortening Notice for the Trustee's and XXIII Capital Limited's Joint Motion for an Immediate Stay of All Proceedings Pending Appeal of Disqualification Order (Adv. D.I. 307), entered on March 8, 2022, scheduling the Motion for the status conference in the above-captioned adversary on March 11, 2022; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these

Chapter 7 Cases and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and after due deliberation thereon; and this Court having reviewed the Motion; and good and sufficient case appearing therefor;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is **DENIED** for the reasons set forth on the record at the hearing on March 11, 2022.

    2.    The trial (the "Trial") the court previously scheduled regarding the issues (i) the amount of compensatory and punitive damages to be awarded to the Goodwins; and (ii) whether to subordinate the claims of 23 Capital (and its successor and assigns) to the claims of the Goodwins is hereby continued *without date.*

    3.    The dates set forth in the Scheduling Order (Adv. D.I. 279), entered on January 19, 2022, are continued *without date.*

    4.    This Court shall retain jurisdiction with respect to the implementation of this Order, the scheduling of the Trial, as well as the dates in the Scheduling Order.

Dated: March 14, 2022

                                                  Christopher S. Sontchi
                                                  Judge, United States Bankruptcy Court